## NOT FOR PUBLICATION

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| AUGUSTUS T. CAPERS, JR., | : | |
| | : | Civil Action No. 06-5780SDW) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| QUEST CAPITAL STRATEGIES, INC. | : | **ORDER** |
| and | : | |
| ADP CLEARING & OUTSOURCING | : | July 10, 2007 |
| SVCS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**WIGENTON,** District Judge.

For the reasons set forth in this Court's Opinion of July 10, 2007,

It is on this 10th day of July 2007,

**ORDERED** that Plaintiff's Application for Default and Default Judgment are **DENIED**;

**ORDERED** that Defendant Quest' Motion to Compel Arbitration is **GRANTED**;

and it is further

**ORDERED** that Defendant ADP's Motion to Dismiss is **DENIED**.

**This matter is STAYED pending arbitration.**  The case shall be administratively

terminated pending the outcome of the arbitration.  Plaintiff shall notify the Court, within 20 days

of the completion of the arbitration, as to whether the matter should be restored to the active

docket.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

1